■ JAMES J. MEAD, Respondent, v KAREN E. BLOOM et al., Appellants. (Appeal No. 1.) — Appeal unanimously dismissed as moot. (Appeals from judgment of Supreme Court, Erie County, Cook, J. — negligence.) Present — Dillon, P. J., Hancock, Jr., Doerr, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GRIFFIN, Appellant. — Judgment unanimously affirmed. Memorandum: In affirming we hold that proof of penetration is not required for conviction of sodomy (see Penal Law, § 130.00, subd 2; *People v Griffith*, 80 AD2d 590). In any event, there is sufficient evidence in the record from which the jury could find that penetration had occurred. On review of the record we find no support for defendant's contention that he was deprived of effective assistance of counsel at trial. (Appeal from judgment of Supreme Court, Monroe County, Boomer, J. — sodomy, first degree.) Present — Hancock, Jr., J. P., Callahan, Denman, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEVI VALENTINE, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously reversed, petition reinstated, and matter remitted to Supreme Court, Wyoming County, for a hearing (see *People ex rel. White v Smith*, 93 AD2d 1001). (Appeal from judgment of Supreme Court, Wyoming County, La Mendola, J. — habeas corpus.) Present — Hancock, Jr., J. P., Callahan, Denman, Moule and Schnepp, JJ.